UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:24-cv-550-GAP-LHP

VICTOR ARIZA,

      Plaintiff,

v.

WALT DISNEY PARKS AND
RESORTS, INC.,

      Defendant.

_____/

## NOTICE OF RESOLUTION

      Pursuant to Local Rule 3.09, Plaintiff Victor Ariza and Defendant Walt Disney Parks and Resorts, Inc. give notice that they have reached a resolution of this matter and are in the process of preparing and executing settlement documents.  The Parties respectfully request 30 days to file their stipulation of dismissal with prejudice.

Dated: May 16, 2024

Respectfully submitted,

RODERICK V. HANNAH, ESQ., P.A
8751 W. Broward Blvd., Suite 303
Plantation, FL 33324
Telephone: 954.362.3800
Facsimile: 954.362.3779


*s/ Roderick Hannah*
Roderick V. Hannah, Esq.
Florida Bar No. 435384
rhannah@rhaannahlaw.com

Law Office of Pelayo Duran, P.A
4640 N.W. 7th Street
Miami, Florida  33126-2309
Telephone: 305.266-9780
Facsimile:  305.269.8311


*s/ Pelayo Duran*
Pelayo M. Duran, Esq.
Florida Bar No. 0146595
pduran@pelayodural.com

*Counsel for Plaintiff*

OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
Two Datran Center
9130 S. Dadeland Boulevard,
Suite 1625
Miami, FL 33156
Telephone:  305.374.0506
Facsimile:  305.374.0456

*s/ Paul De Boe*
Paul J. De Boe, Esq.
Florida Bar No. 52051
paul.deboe@ogletreedeakins.com

*Counsel for Defendant*

2