**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

VICTOR ARIZA,

        Plaintiff,

v.                                      Case No:   6:24-cv-550-GAP-LHP

WALT DISNEY PARKS AND
RESORTS U.S., INC.,

        Defendant

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Upon consideration of the Notice of Resolution (Doc. 19), it is

**ORDERED** that this case is DISMISSED without prejudice pursuant to Local Rule 3.09(b), subject to the right of any party to move the Court within sixty (60) days for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.   Any pending motions are **DENIED** as moot.   The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on May 28, 2024.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties